UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 20-606-DLB |
| v. | (Escape, 18 U.S.C. § 751(a)) |
| JOSEPH STEVENSON MITCHELL, | |
| Defendant. | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michael T. Brown, a Deputy U.S. Marshal with the United States Marshals Service (USMS) being first duly sworn, hereby depose and state as follows:

1. I make this affidavit in support of a Criminal Complaint and Arrest Warrant against **JOSEPH STEVENSON MITCHELL**.

### INTRODUCTION

2. I, Michael T. Brown, am a Deputy U.S. Marshal with the United States Marshals Service (USMS) and have been since April 2009. I am an officer of the United States who is empowered by law to conduct investigations and to make arrests for violations of federal law.

3. I am charged with enforcing federal laws in all jurisdictions of the United States, its territories and possessions. I am currently assigned to the District of Maryland, Fugitive Operations Section for the USMS and operate as part of the Capital Area Regional Fugitive Task Force (CARFTF), which is tasked with locating and apprehending wanted state and federal fugitives. I attended the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia for eighteen and a half weeks and successfully completed both the United States Department of Homeland Security's Criminal Investigator Training Program (CITP) and the U.S. Marshals Service's Basic Deputy U.S. Marshal (BDUSM) Training Academy. Prior to joining the USMS, I received a bachelor's degree with a major in Criminal Justice from the University of North Carolina at Charlotte.

1

4. The facts in the affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and reports. The affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about the matter.

5. I herein set forth the following facts showing that there is sufficient grounds to believe that there is probable cause that **JOSEPH STEVENSON MITCHELL** committed the crime of Escape, in violation of 18 U.S.C. § 751(a).

## **PROBABLE CAUSE**

6. On or about 10/07/2005, **MITCHELL** appeared before the Honorable Wendell P. Gardner, Jr. in the District of Columbia Superior Court and was sentenced to a period of twelve years in the custody of the Bureau of Prisons (BOP) under the lawful authority and designation of the Attorney General, with a term of five years of supervised release, pursuant to his conviction following trial for armed robbery charge.

7. On or about 12/12/2017, the United States Parole Commission issued an arrest warrant for **MITCHELL** charging him with a parole violation and the arrest warrant was forwarded to the United States Marshals Service District of Columbia District Court for service.

8. On or about 3/27/2018, **MITCHELL** was arrested in Utica, New York on the parole violation warrant and subsequently received a sentence of twelve months for the parole violation, in the custody and care of the Attorney General, or confinement in an instutiton by the direction of the Attorney General.

9. On or about 2/07/2019, **MITCHELL** was serving the final portion of his parole sentence at the Volunteers of America Residential Reentry Center in Baltimore, Maryland. **MITCHELL** was scheduled to be released on 3/26/2019.

10. On or about 2/07/2019 at or around 1:36 am, **MITCHELL** walked out of the Volunteers of America facility and did not return. Subsequently, **MITCHELL** was placed on escape status on or about 2/07/2019 and the U.S. Marshals Service was notified by the Federal Bureau of Prisons.

11. On or about 05/11/2019, **MITCHELL** was arrested by the Oneonta Police Department in the State of New York and was charged with criminal possession of a firearm, criminal possession of a weapon, and criminal possession of a controlled substance. **MITCHELL** was held on a no bail status at the Otsego County Jail pending the resolution of his state charges and the United States Marshals Service Northern District of New York lodged a detainer with the detention facility on behalf of the District of Maryland for the Bureau of Prisons escape notice.

12. As of on or about 1/10/2020, **MITCHELL** is presently in U.S. Marshals Service custody at the Delaware County Correctional Facility in Delhi, New York and is scheduled to be released on Tuesday, 2/25/2020.

13. Based on the aforementioned facts outlined in the affidavit, there is probable cause to believe that **MITCHELL** committed the crime of Escape, in violation of 18 U.S.C. § 751(a).

14. Accordingly, the undersigned requests that the Court authorize the attached complaint charging **MITCHELL** with escape in violation of 18 U.S.C § 751(a), and further requests that the Court authorize the attached arrest warrant relating to that complaint and permitting the arrest of **MITCHELL**.

_____
Deputy U.S. Marshal Michael T. Brown
United States Marshals Service

Sworn and subscribed before me
this 24th day of February, 2020

_____
Honorable Deborah L. Boardman
United States Magistrate Judge